People v Jones (2025 NY Slip Op 03822)

People v Jones

2025 NY Slip Op 03822

Decided on June 25, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
PAUL WOOTEN
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2023-08967
 (Ind. No. 70048/23)

[*1]The People of the State of New York, respondent,
v
Lameek Jones, appellant.

Patricia Pazner, New York, NY (David P. Greenberg of counsel; Maritza Medina Olazaran on the memorandum), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Marie John of counsel; Jordan Najah on the memorandum), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Phyllis Chu, J.), imposed September 25, 2023, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the appeal is dismissed as academic.
Inasmuch as the defendant has completed the imposed sentence, the defendant's contention that the sentence was excessive has been rendered academic (see People v Davis, 205 AD3d 731, 731-732; People v Sofo, 202 AD3d 1004, 1005). Accordingly, we dismiss the appeal.
CONNOLLY, J.P., WOOTEN, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court